UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RICKY ALLEN NORWOOD,

                     Petitioner,                     Case No. 1:06cv429

v.                                          Hon. Robert J. Jonker

THOMAS K. BELL,

                     Respondent.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on May 5, 2009. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 5, 2009, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the petitioner's habeas petition is **DENIED**. Rule 8, Rules Governing § 2254 Cases in the United States District Courts.

                                      /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                             UNITED STATES DISTRICT JUDGE

DATED: June 1, 2009.